1  JOSEPH A. SCANLAN, ESQ., SBN 101928
   GREGORY J. KORBEL, ESQ., SBN 224026
2  MILLER, MORTON, CAILLAT & NEVIS, LLP
   25 Metro Drive, 7th Floor
3  San Jose, CA  95110-1339
   Telephone:  (408) 292-1765
4  Facsimile:  (408) 436-8272

***E-FILED - 7/22/10***

5  Attorney for 1777 LAFAYETTE PARTNERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1777 LAFAYETTE PARTNERS, a California Limited Partnership, a California Limited Partnership,<br><br>            Plaintiff,<br><br>vs.<br><br>GOLDEN EAGLE INSURANCE COMPANY,  PEERLESS INSURANCE COMPANY, and DOES 1 to 10,<br>            Defendant | Case No.: 5:10-cv-01863-RMW<br><br>STIPULATION AND  ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiff Lafayette Partners ("Lafayette") and Defendant Peerless Insurance Company ("Peerless"), each through their respective attorneys of record, hereby stipulate to continue the initial Case Management Conference currently scheduled for July 23, 2010, at 10:30 am until after the parties have completed private mediation of their disputes.  Said stipulation is made in accordance with Northern District Local Rules  6-2, 7-12, or 16-2(e) and is based upon the following facts and circumstances:

      WHEREAS, on March 23, 2010, Lafayette commenced Santa Clara County Superior Court Case No.: 110-CV-167182 entitled *1777 Lafayette Partners v. Golden Eagle Insurance, et al.*

      WHEREAS, on April 29, 2010 Peerless filed its Petition for Removal of Civil Action Under 28 U.S.C. § 1441

1    WHEREAS, on June 29, 2010, Lafayette filed its Stipulation and Order selecting
2 Private ADR;
3    WHEREAS, on June 30, 2010, Peerless filed its Stipulation and Order selecting
4 Private ADR;
5    WHEREAS, on July 9, 2010, the Court executed the Stipulation and Order selecting
6 Private ADR;
7    WHEREAS, the parties contemplate that mediation will be completed by October 18,
8 2010;
9    WHEREAS, the parties have already complied with all initial case management and
10 disclosure requirements;
11    WHEREAS, the parties believe that continuance of the case management conference
12 will enable the parties to better focus their efforts on reaching a negotiated settlement of their
13 dispute and conserve judicial resources;
14    WHEREAS counsel for Lafayette was informed via the courtroom clerk for Hon.
15 Judge Ronald M. Whyte, that the Court is generally amenable to such requests when the
16 parties have stipulated to mediation;
17    WHEREAS, there have not been any prior continuances of any matter in this case;
18    WHEREAS, the parties do not believe that granted the requested continuance will
19 impact any other deadlines in the case;
20    WHEREFORE the parties hereby stipulate as follows:
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110-1339

2
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  The parties request that the July 23, 2010 case management conference be continued until after the October 18, 2010 deadline for completion of mediation efforts.

**IT IS SO STIPULATED.**

Dated: July 21, 2010        MILLER, MORTON, CAILLAT & NEVIS, LLP


By: /s/ _____
    GREGORY J. KORBEL
    Attorneys for 1777 LAFAYETTE PARTNERS


Dated: July 21, 2010        ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/_____
    PAMELA E. COGAN
    Attorneys for PEERLESS INSURANCE COMPANY


### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** the Case Management Conference currently scheduled for July 23 at 10:30 am, is continued until __October 22,___, 2010.


Dated: 7/22/10        _____
                      *Ronald M. Whyte*
                      Honorable Ronald M. Whyte
                      United States District Court for the Northern District of California


::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.NewLitigationLibrary:58601.1

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110-1339