PETER V. DESSAU, ESQ., SBN 135361
GREGORY J. KORBEL, ESQ., SBN 224026
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA  95110-1339
Telephone:  (408) 292-1765
Facsimile:  (408) 436-8272

*E-FILED - 11/30/10*

Attorney for Plaintiffs
1777 LAFAYETTE PARTNERS,
ERIC WILLIS, and TOM BURNS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1777 LAFAYETTE PARTNERS, a California Limited Partnership, ERIC WILLIS, an individual, an individual, TOM BURNS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDEN EAGLE INSURANCE COMPANY,  PEERLESS INSURANCE COMPANY, and DOES 1 to 10,<br>Defendant | Case No.: 5:10-cv-01863-RMW<br><br>**STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND ADD ADDITIONAL PLAINTIFFS**<br><br>AND ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto as "Exhibit A".  The Amended Complaint adds two additional Plaintiffs, Eric Willis and Tom Burns, and causes of action related to those additional Plaintiffs.

**IT IS SO STIPULATED**

Dated: October 22, 2010          MILLER, MORTON, CAILLAT & NEVIS, LLP


                                 By:_/s/ GREGORY J. KORBEL_____
                                     GREGORY J. KORBEL
                                     Attorneys for 1777 LAFAYETTE
                                     PARTNERS, ERIC WILLIS, and TOM BURNS

1  Dated: October 22, 2010                    ROPERS, MAJESKI, KOHN & BENTLEY

4                           By: /s/ PAMELA E. COOGAN_____
                                 PAMELA E. COGAN
5                                STACY M. TUCKER
                                 Attorneys for PEERLESS
                                 INSURANCE COMPANY

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** Plaintiffs are hereby granted leave to file the First Amended Complaint attached hereto as Exhibit "A".

Dated: 11/30/10              By: _/s/ Ronald M. Whyte_____
                                 HON. RONALD M. WHYTE
                                 United States District Court for the
                                 Northern District of California

::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.NewLitigationLibrary:60909.1