Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1  PETER V. DESSAU, ESQ., SBN 135361
   GREGORY J. KORBEL, ESQ., SBN 224026
2  MILLER, MORTON, CAILLAT & NEVIS, LLP
   25 Metro Drive, 7th Floor
3  San Jose, CA 95110-1339
   Telephone:   (408) 292-1765
4  Facsimile:   (408) 436-8271

5  Attorneys for Plaintiffs
   1777 LAFAYETTE PARTNERS,
6  ERIC WILLIS and TOM BURNS

7                                                                  *E-FILED - 2/23/11*

   PAMELA E. COGAN (SBN 105089)
8  STACY M. TUCKER (SBN 218942)
   ROPERS, MAJESKI, KOHN & BENTLEY
9  1001 Marshall Street, Suite 300
   Redwood City, CA 94063-2052
10 Telephone:   (650) 364-8200
   Facsimile:   (650) 780-1701
11 Email: pcogan@rmkb.com, stucker@rmkb.com

12 Attorneys for Defendant
   PEERLESS INSURANCE COMPANY
13

14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17

18 1777 LAFAYETTE PARTNERS, a            CASE NO 5:10-CV-01863-RMW
   California Limited Partnership, ERIC
19 WILLIS, an individual, and TOM BURNS,
   an individual,
                                          STIPULATION AND |xxxxxxxxxxx| ORDER
20                      Plaintiff,        FOR LEAVE TO FILE SECOND AMENDED
                                          COMPLAINT WITH ADDITIONAL
21 v.                                     PLAINTIFFS AND FOR ADDITOINAL TIME
                                          TO HEAR CROSS-MOTIONS FOR
22 GOLDEN EAGLE INSURANCE                 SUMMARY JUDGMENT
   COMPANY, PEERLESS INSURANCE
23 COMPANY, and DOES 1 to 10,

24                      Defendants.

25

26        WHEREAS, on February 11, 2011, Defendant PEERLESS INSURANCE COMPANY

27 ("Peerless") denied the claim of Steven Wheelwright, an individual partner of 1777 Lafayette

28 Partners, in which he tendered his defense in this action;

**WHEREAS**, Plaintiffs 1777 LAFAYETTE PARTNERS, TOM BURNS and ERIC WILLIS ("Plaintiffs") now seek to file a Second Amended Complaint adding Mr. Wheelwright as a plaintiff and to add a cause of action for declaratory relief as to all plaintiffs,

**WHEREAS,** Defendant Peerless Insurance Company will be required to file an answer to the Second Amended Complaint,

**WHEREAS,** this Court's current Case Management Order dated November 22, 2010 requires that cross motions for summary judgment be heard on April 1, 2011,

**WHEREAS,** pursuant to the Federal Rules of Civil Procedure and Local Rules of the Northern District of California, a summary judgment scheduled to be heard on April 1, 2011 must be filed no later than February 25, 2011, and given the pending deadline to file cross-motions for summary judgment on February 25, 2011, the motions will be due before the new operative complaint and answer are filed,

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Peerless by and through their respective counsel, as follows:

1. In the above-captioned action, Plaintiffs may file a Second Amended Complaint adding Steven Wheelwright as an additional Plaintiff and a cause of action for declaratory relief, by or before February 28, 2011, a true and correct copy of which is attached hereto.

2. Peerless' Answer to the Second Amended Complaint shall be due no later than fourteen days (14) after service of the Second Amended Complaint.

3. The hearing date for the cross-motions for summary judgment be continued from April 1, 2011 to April 29, 2011, or a subsequent day convenient to the Court's calendar, and the filing dates for the cross motions reset according to the new hearing date.

**IT IS SO STIPULATED.**

///

///

///

| | |
|---|---|
| Dated: February 17, 2011 | MILLER, MORTON, CAILLAT & NEVIS LLP |
| | By: /s/ *Gregory Korbel* <br> PETER V. DESSAU, ESQ. <br> GREGORY KORBEL, ESQ. <br> Attorneys for Plaintiff, 1777 LAFAYETTE PARTNERS |
| Dated: February 17, 2011 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ *Pamela E. Cogan* <br> PAMELA E. COGAN <br> STACY M. TUCKER <br> Attorneys for Defendant, PEERLESS INSURANCE COMPANY |

## ORDER

Based on the stipulation filed by the parties and good cause appearing therfor, **IT IS HEREBY ORDERED** that:

1. Plaintiffs may file a Second Amended Complaint adding Steven Wheelwright as an additional Plaintiff and a cause of action for declaratory relief by or before February 28, 2011.

2. Peerless' Answer to the Second Amended Complaint shall be due no later than fourteen days (14) after service of the Second Amended Complaint.

3. The hearing date for the cross-motions for summary judgment is continued from April 1, 2011 to April 29, 2011 @ 9:00 a.m., and the filing dates for the cross motions reset according to the new hearing date. The Court continues the Case Management Conference to April 29, 2011 @ 10:30 a.m.

Dated: 2/23/11, 2011

By: *Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court, Northern District of California