**E-filed on:** **5/05/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 1777 LAFAYETTE PARTNERS, a California Limited Partnership, ERIC WILLIS, an individual, TOM BURNS, an individual, and STEVEN WHEELWRIGHT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN GATE INSURANCE COMPANY, PEERLESS INSURANCE COMPANY, and DOES 1 to 10,<br><br>Defendants. | No. C-10-01863 RMW<br><br>JUDGMENT |

On April 29, 2011, the court granted summary judgment for defendants. Therefore, it is hereby adjudged that plaintiffs take nothing by way of their complaint and that judgment be entered in favor of all defendants.

DATED:     5/05/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-09-00315 RMW
JLR